**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 97-6469**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRINSTON WILSON,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Henry M. Herlong, Jr., District Judge. (CR-92-328, CA-96-2184-7-20)

―――――――――――

Submitted: December 11, 1997     Decided: December 24, 1997

―――――――――――

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Brinston Wilson, Appellant Pro Se. David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brinston Wilson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Wilson</u>, Nos. CR-92-328; CA-96-2184-7-20 (D.S.C. Mar. 20, 1997). In light of our disposition of this case, Wilson's motion for a default judgment is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>